UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Tieasha Pulley                : Chapter 13
                                     :
         Debtor                      : Bankruptcy No. 13-18547-ELF

AMENDED
NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

PNC Bank, National Association ("the Movant"), has filed a Motion for Order Directing Payment of Funds In Court Registry with the court requesting that the court order that certain funds held in the court registry be paid to Movant attorney-in fact.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before January 21, 2017 you or your attorney must do all of the following:

    (a) File an answer explaining your position at:

    Office of the Clerk of Court
    United States Bankruptcy Court
    900 Market Street, Suite 400
    Philadelphia, PA 19107

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) Mail a copy to the Movant's attorney:

    David L. Zive, Esquire
    PA ID#56209
    PNC Bank, National Association
    600 Market Street, 28th Floor
    Philadelphia, PA 19103
    215-585-6351
    215-585-5006 (Fax)

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank On January 31, 2017 at 1:00 p.m. in Courtroom 1, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19106.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

January 12, 2017
Date

David L. Zive, Esquire
PA ID#56209
PNC Bank, National Association
1600 Market Street, 28th Floor
Philadelphia, PA 19103

215-585-6351
215-585-5006 (Fax)